LAW OFFICES OF WILLIAM WEBB FARRER
William Webb Farrer (SBN 095276)
300 Montgomery Street, Suite 600
San Francisco, California 94104
wwfarrer@farrerlaw.org
(415) 765-9100
(415) 765-9109 (fax)

Attorneys for Plaintiff
Admios, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADMIOS, LLC, a California limited liability company,<br><br>        Plaintiff,<br><br>  vs.<br><br>WILLIAMS TRADING, LLC., a New York limited liability company,<br><br>        Defendant. | CASE NO.  CV 09 3493 PJH<br><br>**STIPULATION TO DISMISS** |

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Admios, LLC and Defendant Williams Trading, LLC hereby stipulate to dismiss the above-captioned lawsuit with prejudice.  Each party shall bear their own attorneys' fees and costs.

DATED: September 24, 2009        LAW OFFICES OF WILLIAM WEBB FARRER

                                                       /s/
                                         William Webb Farrer
                                         Attorneys for Admios, LLC

                                         LECLAIRYAN, LLP

                                                /s/
                                         Michele C. Kirrane
                                         Attorneys for Williams Trading, LLC

IT IS SO ORDERED
/s/ Judge Phyllis J. Hamilton
10/13/09

**Stipulation to Dismiss (1414/P006.WWF) (CV 09 3493 PJH)**        1